IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL B. WOOLMAN, | ) | 4:15CV3088 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| POGOCARD.COM, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| MICHAEL B. WOOLMAN, | ) | 4:15CV3089 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| GRAY TELEVISION GROUP INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| MICHAEL B. WOOLMAN, | ) | 4:15CV3090 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| RUSS'S MARKET IGA GROCERY | ) | |
| STORE, RUSS'S MARKET.COM, | ) | |
| | ) | |
| Defendants. | ) | |

Michael Woolman filed these actions in this court on August 7, 2015. He seeks leave to proceed in forma pauperis. (4:15-cv-03088-LSC-PRSE at Filing No. 2; 4:15-cv-03089-LSC-PRSE at Filing No. 2; 4:15-cv-03090-LSC-PRSE at Filing No. 2.) The court will conduct an initial review of Woolman's Complaints to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2).

## I. APPLICABLE LEGAL STANDARDS ON INITIAL REVIEW

The court is required to review in forma pauperis complaints to determine whether summary dismissal is appropriate. See 28 U.S.C. § 1915(e). The court must dismiss a complaint or any portion of it that states a frivolous or malicious claim, that fails to state a claim upon which relief may be granted, or that seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B).

Federal district courts are courts of limited jurisdiction. Federal district courts have original jurisdiction of civil actions where complete diversity of citizenship and an amount in excess of $75,000 (exclusive of interest and costs) in controversy exist. 28 U.S.C. § 1332. Federal district courts also "have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

## II. DISCUSSION

Each of Woolman's Complaints in these actions is labeled "PETITION AND AFFIDAVIT TO OBTAIN HARASSMENT PROTECTION ORDER." (4:15-cv-03088-LSC-PRSE at Filing No. 1 at CM/ECF p. 1; 4:15-cv-03089-LSC-PRSE at Filing No. 1 at CM/ECF p. 1; and 4:15-cv-03090-LSC-PRSE at Filing No. 1 at CM/ECF p. 1.) Woolman seeks protection orders against the defendants—three private companies—in accordance with Neb. Rev. Stat. § 28-311.09, which permits victims of harassment to obtain protection orders under Nebraska state law. Such petitions must be filed in Nebraska's state courts. See Neb. Rev. Stat. §§ 25-2740 and 28-311.09. Therefore, the court will dismiss Woolman's Complaints for failure to state a claim on which relief may be granted. However, the court will dismiss the Complaints without prejudice to

Woolman seeking protection orders as authorized by Nebraska law in Nebraska's state courts. Accordingly,

IT IS ORDERED:

1. Case Numbers 4:15-cv-03088-LSC-PRSE, 4:15-cv-03089-LSC-PRSE and 4:15-cv-03090-LSC-PRSE are dismissed without prejudice.

2. All pending motions are denied as moot.

3. A separate Judgment will be issued.

DATED this 10th day of August, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge